**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                        General Court Number
Clerk                                                                                                                          415.522.2000

## March 8, 2011

**CASE NUMBER:  CV 11-00903 EMC**
**CASE TITLE:  HOWARD DAVID PROVINE-v-OFFICE DEPOT INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/8/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                                 Entered in Computer 3/8/11 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA