UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DAVID PROVINE, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 11-00903 SI<br><br>[Hon. Susan Illston]<br><br>CLASS ACTION<br><br>[~~proposed~~] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

Having considered the parties' Stipulation re Filing of First Amended Complaint, and finding good cause to have been shown thereby, the Court orders that Plaintiff is hereby given leave to file a First Amended Complaint in the form proposed by Plaintiff. The First Amended Complaint shall be filed within 10 days after entry of this order.

Dated: _____7/14/11_____

_____/s/ Susan Illston_____
United States District Judge

Page 1
ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT