1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOWARD DAVID PROVINE, individually and on behalf of other persons similarly situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>OFFICE DEPOT, INC., and DOES 1 through 10,<br><br>   Defendants. | Case No. CV 11-00903 SI<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION REGARDING DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER

DB2/ 22584115.1

Having considered the parties' Joint Stipulation Regarding Defendant Office Depot, Inc.'s ("Office Depot") Answer to Plaintiff Howard David Provine's ("Provine") First Amended Complaint, and finding good cause to have been shown thereby, the Court HEREBY ORDERS the following:

(1) the Answer filed by Office Depot to Provine's Complaint shall be deemed its Answer to Provine's First Amended Complaint, and all denials, responses, and affirmative defenses contained in the Answer to Provine's Complaint filed by Office Depot are deemed responsive to Provine's First Amended Complaint.

IT IS SO ORDERED.

Date:   7/28/11

_____
UNITED STATES DISTRICT JUDGE