UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DAVID PROVINE, individually and on behalf of other persons similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>OFFICE DEPOT, INC. and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. CV 11-00903 SI<br><br>CLASS ACTION<br><br>**ORDER RE STIPULATION TO SHORTEN TIME FOR HEARING OF UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

　　　　Good cause having been shown, the Court approves the parties stipulation to shorten time for a hearing on Plaintiff's unopposed motion for leave to amend and orders that:

　　　　a.　　Plaintiff's motion for leave to amend shall be set for hearing on December 16, 2011.

　　　　b.　　Plaintiff shall file his motion for leave to amend by December 2, 2011.

　　　　c.　　Defendant shall file its statement of non-opposition no later than December 9, 2011.

Dated: 11/23/11

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

1
ORDER RE STIPULATION TO SHORTEN TIME FOR HEARING UNOPPOSED MOTION