UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DAVID PROVINE, individually and on behalf of other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICE DEPOT, INC. and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. CV 11-00903 SI<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

　　Pursuant to the Joint Stipulation submitted by Plaintiff Howard David Provine ("Provine") and Defendant Office Depot, Inc. ("Office Depot"), and good cause appearing, IT IS HEREBY ORDERED that the date of the Further Case Management Conference is vacated and rescheduled as follows:

- The Further Case Management Conference, currently on calendar for March 23, 2012 at 3:00 p.m., shall be continued to April 20, 2012 at 9:00 a.m. [ 3 :00  p.m.].

**IT IS SO ORDERED.**

Dated: March  2 , 2012　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23041416.1

1

[PROPOSED] ORDER
CV 11-00903 SI