FILED

UNITED STATES COURT OF APPEALS

JAN 16 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOWARD DAVID PROVINE, individually and on behalf of other persons similarly situated, <br><br> Plaintiff - Respondent, <br><br> v. <br><br> OFFICE DEPOT, INC., <br><br> Defendant - Petitioner. | No. 12-80218 <br><br> D.C. No. 3:11-cv-00903-SI <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |

The joint motion to stay proceedings pending the district court's approval of the parties' settlement papers is granted. The petition for permission to appeal pursuant to Rule 1292(b) is held in abeyance until April 17, 2013.

Within 7 days after expiration of the stay, petitioner shall submit: (1) a motion for voluntary dismissal under Federal Rule of Appellate Procedure 42(b) or (2) a status report and motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kamon Naddaf
Deputy Clerk

KN/MOATT