**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD DAVID PROVINE, *et al.*,

    Plaintiffs,

v.

OFFICE DEPOT, INC.,

    Defendant.

No. C 11-903 SI

**JUDGMENT**

On November 25, 2013, the Court granted motions for final approval of the class action settlement in this case, and for approval of payment of fees, costs and incentive awards; and ordered the action dismissed with prejudice. Judgment is entered accordingly.

**IT IS ORDERED AND ADJUDGED**.

Dated: November 25, 2013

SUSAN ILLSTON
United States District Judge